IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 5:13-CR-35-MTT |
| | VIOLATIONS: |
| | 18 U.S.C. § 1341 |
| | 18 U.S.C. § 641 |
| YOLANDO BLOUNT and | 18 U.S.C. §1028A |
| RAQUEL HOGAN | 18 U.S.C. §1343 |
| DEFENDANTS | 18 U.S.C. §371 |
| | 18 U.S.C. §1029(a)(3) |
| | 18 U.S.C. §2 |

INDICTMENT

THE GRAND JURY CHARGES:

Introduction

1. At all times material to this indictment, Yolando Blount resided at 2160 New Clinton Road, Macon, Georgia within the Middle District of Georgia.

2. Beginning on or about May 11, 2010, and continuing through on or about August 20, 2010, Defendant, **YOLANDO BLOUNT**, in the Middle District of Georgia, willfully devised and intended to devise a scheme and artifice to defraud the United States Government and to obtain money, by materially false and fraudulent pretenses, representations, and promises, as follows:

**The Scheme to Defraud**

3.  On or about May 11, 2010, Defendant Yolando Blount opened an individual bank account # xxx-xxx-0406 at Capital City Bank in the name of Yolando Yvett Blount, using an address of 2160 New Clinton Road, Macon, Georgia, and using Social Security Number xxx-xx-4976.

4.  From May 11, 2010, and continuing through August 20, 2010, the Defendant utilized the account at Capital City Bank to receive and collect fraudulent tax refunds in the names of individuals whose identities had been stolen.

5.  It was part of the scheme to defraud that Defendant would obtain personal identification information, including names, social security numbers, and dates of birth, from actual individuals, without their knowledge or consent. Using the stolen identities, Defendant would then file tax returns which were false and fraudulent with the Internal Revenue Service in the names of the individuals. The fraudulent tax returns contained false W-2 forms, false wages, false withholding amounts, and false information concerning employers. These tax returns were filed without the knowledge or consent of the actual individuals whose identities had been stolen.

6.  The false tax returns would make false claims for fraudulent refunds from the U.S. Treasury, based on the false information contained in the tax returns. The tax returns were in the names of the individuals whose identities had been stolen.

7. The fraudulent tax returns directed the Internal Revenue Service to electronically deposit the fraudulent refunds into the Capital City Bank Account #xxx-xxx-0406, which is the account of Yolando Blount, the Defendant.

8. Based upon the fraudulent statements and representations in the tax returns, the Internal Revenue Service electronically transmitted refunds by wire communications into the Capital City Bank account of Yolando Blount.

9. It was part of the scheme to defraud that Defendant, after receiving the fraudulent tax refunds, which were property of the United States Government, would and did remove the funds from the account by writing checks and by using a debit card, and did use the funds for her own personal benefit, with the intent to defraud the United States Government.

### COUNTS ONE THROUGH SIX
### WIRE FRAUD
### (18 U.S.C. 1343)

10. On or about the dates listed below, in the Macon Division of the Middle District of Georgia, and elsewhere, the Defendant, **YOLANDO BLOUNT**, made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of the Treasury, claims against the United States for payment of a refund of taxes, which she knew to be false, fictitious, and fraudulent. Defendant made the claims by preparing and causing to be prepared, to said agency, U.S. Individual Income Tax Returns, for the

individuals and amounts described below knowing that the claims were false, fictitious, and fraudulent in that the named individuals were not entitled to the refunds that were being requested, and did cause to be transmitted, by means of wires in interstate commerce, writings, signs, and signals for the purpose of executing such scheme causing the refunds to be electronically deposited into Defendant's bank account at Capital City Bank, as described below:

| Count | Date of Refund Claim | Individual | Amount of Refund Deposited into Account | Date of Deposit (Wire Transfer) |
|---|---|---|---|---|
| 1 | 5-18-2010 | A.B.D. | $1,112 | 6-4-2010 |
| 2 | 6-16-2010 | S.K.H. | $1,004 | 6-25-2010 |
| 3 | 7-21-2010 | J.M.C. | $1,034 | 7-29-2010 |
| 4 | 7-21-2010 | D.W.C. | $1,003 | 7-30-2010 |
| 5 | 7-21-2010 | K.B.M. | $1,034 | 7-30-2010 |
| 6 | 8-11-2010 | J.S. | $1,012 | 8-20-2010 |

All in violation of Title 18 United States Code, Section 1343.

## COUNTS SEVEN THROUGH ELEVEN
## THEFT OF PUBLIC MONEY
## (18 U.S.C. 641)

11.   The factual allegations contained in Paragraphs 1 through 10 of this Indictment are re-alleged and incorporated herein.

12.   On or about the dates listed below, within the Middle District of Georgia Defendant, **YOLANDO BLOUNT**, did steal, purloin, and knowingly convert to her own use, money of the United States, namely, funds administered by the Department of the Treasury in the form of federal tax refunds in the names of the individuals whose initials are listed below and in the amounts listed below, which were deposited into Yolando Blount's Capital City Bank account # XXX-XXX-0406:

| Count | Date of Deposit | Individual | Amount |
|---|---|---|---|
| 7 | 6-4-2010 | A.B.D. | $1,112 |
| 8 | 6-25-2010 | S.K.H. | $1,004 |
| 9 | 7-29-2010 | J.M.C. | $1,034 |
| 10 | 7-30-2010 | D.W.C. | $1,003 |
| 11 | 7-30-2012 | K.B.M. | $1.034 |

All in violation of Title 18 United States Code, Section 641.

# COUNTS TWELVE THROUGH SEVENTEEN
# AGGRAVATED IDENTITY THEFT
# (18 U.S.C. 1028A)

13. The factual allegations contained in Paragraphs 1 through 12 of this Indictment are re-alleged and incorporated herein.

14. On or about the below listed dates, in the Middle District of Georgia, the Defendant, **YOLANDO BLOUNT**, did knowingly possess, use, and transfer without lawful authority, a means of identification, that is, the name and social security number (SSN) of another person, as described below, during and in relation to the offenses of Wire Fraud in violation of Title 18 United States Code, Section 1343, and Theft of Public Money, in violation of Title 18 United States Code, Section 641, described as related counts identified below:

| Count | Date | Name | SSN | Related Count |
|---|---|---|---|---|
| 12 | 5-18-2010 | A.B.D. | xxx-xx-4308 | One, Seven |
| 13 | 6-16-2010 | S.K.H. | xxx-xx-6206 | Two, Eight |
| 14 | 7-21-2010 | J.M.C. | xxx-xx-4885 | Three, Nine |
| 15 | 7-21-2010 | D.W.C. | xxx-xx-8138 | Four, Ten |
| 16 | 7-21-2010 | K.B.M. | xxx-xx-7877 | Five, Eleven |
| 17 | 8-11-2010 | J.S. | xxx-xx-4894 | Six |

All in violation of Title 18 United States Code, Section 1028A.

# COUNT EIGHTEEN
# CONSPIRACY
# (18 U.S.C. 371,
# i/c/w 18 U.S.C. 287, 42 U.S.C. 1320d-6, and 18 U.S.C. 641)

**Introduction:**

15. Defendant Raquel Hogan was an employee of Medical Management Health and Rehab LLC, formerly known as Macon Memorial Intermediate Health Care, which provided residential health and nursing care to patients. Medical Management Health and Rehab LLC was located within the Macon Division of the Middle District of Georgia.

16. At all times relevant to this indictment, patients of Medical Management Health and Rehab provided their personal identification information, including name, date of birth, and social security number to a member of the staff at the facility.

17. Defendant Raquel Hogan had access to the personal identification information of the individuals who were patients and residents at the facility.

**The Conspiracy**

18. During the period beginning on or about May 21, 2012, and continuing through on or about June 19, 2012, the Defendants, **YOLANDO BLOUNT, RAQUEL HOGAN**, and others known and unknown to the Grand Jury,

unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together with each other to commit offenses against the United States, as follows:

a.  False, Fictitious, or Fraudulent Claims, in violation of 18 U.S.C. 287;

b.  Wrongful Disclosure of individually identifiable health information, in violation of 42 U.S.C. 1320d-6;

c.  Theft of Public Money, in violation of 18 U.S.C. 641; and

d.  To defraud the United States;

**The Objects of the Conspiracy**

19.  It was a part and an object of the conspiracy that Yolando Blount, Raquel Hogan and others, known and unknown would and did obtain personal identification information, including names, dates of birth, and social security numbers, which were a means of identification, from patients who were residents at Medical Management Health and Rehab LLC. It was a part and object of the conspiracy that the Defendants Yolando Blount and Raquel Hogan, would and did obtain and disclose to others individually identifiable health information, with the intent to transfer and use the individually identifiable health information for personal gain.

20.  The conspirators would and did use the patients' means of identification to prepare and file false federal income tax returns using the names and identities of the patients without their knowledge or consent.

21. The false income tax returns contained false W-2 forms, false wages, false withholding amounts, and false information concerning employers. These tax returns were filed without the knowledge or consent of the actual individuals whose identities had been stolen. The false tax returns would make claims for fraudulent refunds from the U.S. Treasury, based on the false information contained in the tax returns. The conspirators would direct the fraudulent refunds to be placed on prepaid debit cards which were used to unlawfully gain access to stolen government funds.

**Overt Acts of the Conspiracy**

22. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed by or caused to be committed by one or more members of the conspiracy, in the Middle District of Georgia, and elsewhere:

23. On an unknown date during the period beginning on or about May 21, 2012, and continuing through June 19, 2012, Raquel Hogan delivered a handwritten list of patient identities, including names, dates of birth, and social security numbers to Yolando Blount in the parking lot of Medical Management Health and Rehab LLC. Raquel Hogan knew that the patient identities were to be used by Yolando Blount and other conspirators for the purpose of filing false and fraudulent tax returns.

24. On an unknown date during the period beginning on or about May 21, 2012, and continuing through June 19, 2012, Yolando Blount, using the patient information furnished by Raquel Hogan, recorded the names, dates of birth, and social security numbers, and maintained records in the form of notebooks containing the means of identification and patient information furnished by Raquel Hogan and others.

25. During the period beginning on or about May 21, 2012, and continuing through June 19, 2012, Yolando Blount and other conspirators, both known and unknown to the Grand Jury, used the means of identification of the individual patients to prepare and file false and fraudulent federal income tax returns in the names of the patients, without the knowledge or consent of the patients.

26. During the period beginning on or about May 21, 2012, and continuing through June 19, 2012, Yolando Blount and other conspirators would and did receive the fraudulent refunds in the form of prepaid debit cards in the names of the individual patients whose identities had been stolen, and would use the funds for their own personal benefit.

27. On June 19, 2012, Yolando Blount concealed and possessed prepaid debit cards, notebooks containing lists of names, dates of birth, and social security numbers, and a laptop computer containing records of false tax returns at her residence at 2160 New Clinton Road, Macon, Georgia.

All in violation of Title 18, United States Code, Section 371, in connection with Title 18 United States Code, Sections 287, 42 United States Code, Section 1320d-6, and Title 18 United States Code, Section 641.

### COUNTS NINETEEN THROUGH TWENTY-FOUR
### THEFT OF PUBLIC MONEY
### (18 U.S.C 641)

28. The factual allegations contained in Paragraphs 15 through 27 of this Indictment are re-alleged and incorporated herein.

29. On or about the dates listed below, within the Middle District of Georgia Defendants, **YOLANDO BLOUNT** and **RAQUEL HOGAN**, aided and abetted by one another and others, both known and unknown to the Grand Jury, did steal, purloin, and knowingly convert to their own use, money of the United States, namely, funds administered by the Department of the Treasury in the form of federal tax refunds in the names of the individuals whose initials are listed below and in the amounts listed below, and enumerated by Defendant below, which were deposited onto a prepaid debit card linked to the bank account, listed below, which funds Defendant was not entitled to receive:

| Count | Defendant(s) | Date of Deposit | Individual | Amount | Account Number Bank |
|---|---|---|---|---|---|
| 19 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-27-2012 | S.B. | $1,769 | 719307013541114624 GE Capital Retail Bank |

| 20 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 1-28-2012 | D.H. | $2,639 | 95781039451856 Bancorp Bank |
| --- | --- | --- | --- | --- | --- |
| 21 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-10-2012 | D.L. | $1,776 | 70008832143756 Metabank |
| 22 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 5-2-2012 | R.M.P. | $1,847 | 11930701353630193 GE Capital Retail Bank |
| 23 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-27-2012 | C.Y. | $1430 | 9590235195279 Bancorp Bank |
| 24 | **YOLANDO BLOUNT** | 6-13-2012 | L.E.E. | $1776 | 50268301335 Bancorp Bank |

All in violation of Title 18, United States Code, Section 641 and Title 18 United States Code, Section 2.

## COUNTS TWENTY-FIVE THROUGH THIRTY
## AGGRAVATED IDENTITY THEFT
## (18 U.S.C. 1028A)

30. The factual allegations contained in Paragraphs 15 through 28 of the Indictment are re-alleged and incorporated herein.

31. On or about the below listed dates, in the Middle District of Georgia, the Defendants, **YOLANDO BLOUNT,** and **RAQUEL HOGAN,** aided and abetted

by one another and by persons both known and unknown, did knowingly possess, use, and transfer, the means of identification of other persons, without lawful authority, as described below, during and in relation to the offenses of Theft of Public Money described as Related Counts identified below, that is, the Defendants enumerated below knowingly used the name and social security numbers of actual persons known to the Grand Jury, listed by their initials below, to commit Theft of Public Money in violation of Title 18, United States Code, Section 641 by obtaining fraudulent income tax refunds in the amounts listed below:

| Count | Defendant(s) | Date | Individual | SSN | Related Count |
|---|---|---|---|---|---|
| 25 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-15-2012 | S.B. | xxx-xx-1805 | 19 |
| 26 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 1-21-2012 | D.H. | xxx-xx-5537 | 20 |
| 27 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-5-2012 | D.L. | xxx-xx-0788 | 21 |
| 28 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 4-16-2012 | R.M.P. | xxx-xx-0756 | 22 |
| 29 | **YOLANDO BLOUNT,** and **RAQUEL HOGAN** | 6-12-2012 | C.Y. | xxx-xx-2900 | 23 |

| 30 | **YOLANDO BLOUNT** | 6-5-2012 | L.E.E. | xxx-xx-4860 | 24 |

All in violation of Title 18, United States Code, Section 1028A and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE
## MAIL FRAUD
## (18 U.S.C. 1341)

### Introduction

32.     Beginning in January, 2012, and continuing through June 19, 2012, Defendant, **YOLANDO BLOUNT**, in the Middle District of Georgia, willfully devised a scheme and artifice to defraud and to obtain money, by materially false and fraudulent pretenses, representations, and promises, as follows:

### The Scheme to Defraud

33.     Defendant Yolando Blount resided at 2160 New Clinton Road, Macon, Georgia.

34.     During the period beginning in January, 2012, and continuing through February 17, 2012, Defendant Yolando Blount obtained and used the means of identification of C.A.W., including his name, date of birth, and social security number.

35.     Using the means of identification of C.A.W., Defendant Yolando Blount prepared and filed a false Federal Income Tax Return in the name of C.A.W.,

without the knowledge or consent of C.A.W. The false income tax return contained false W-2 forms, false wages, false withholding amounts, and false information concerning employment.

36. The false tax return, as prepared by Defendant in the name of C.A.W., fraudulently claimed a refund in the amount of $1,186.00, based on the false information contained in the tax return. The tax return listed the address of C.A.W. as 2160 New Clinton Road, Macon, Georgia, which was actually the address of Defendant Yolando Blount.

37. Based on the false and fraudulent income tax return in the name of C.A.W., on or about February 29, 2012, a U.S. Treasury Check number 3158 10399418 was issued to C.A.W. in the amount of $1,186.00, representing the tax refund claimed for the 2011 Federal Income Tax Return prepared by Defendant. The U.S. Treasury check listed the address of C.A.W. as 2160 New Clinton Road, Macon, Georgia, the residence of Defendant Yolando Blount, and was mailed to her address.

38. The U.S. Treasury check was mailed to the address listed on the false tax return of C.A.W., 2160 New Clinton Road, Macon, Georgia. The check was thereafter falsely endorsed in the name of C.A.W., who did not authorize anyone to endorse the Treasury check.

39. It was part of the scheme and artifice to defraud that Defendant Yolando Blount did cause the mailing of the U.S. Treasury check 3158 10399418 to be mailed to her own address at 2160 New Clinton Road, Macon, Georgia, by submitting a false and fraudulent 2011 Federal Income Tax Return in the name of C.A.W., which allowed Defendant Yolando Blount to receive the Treasury check and to appropriate the proceeds thereof.

40. Beginning on or about February 17, 2012, and continuing through on or about February 29, 2012, in the Macon Division of the Middle District of Georgia, the Defendant Yolando Blount, having devised the above described scheme and artifice to defraud and obtain money and property by means of material false pretenses and representations, did knowingly cause mail to be deposited for delivery at an authorized depository for mail matter, and did cause to be delivered by mail any matter or thing, that is, a U.S. Treasury check, payable to and addressed to C.A.W., according to the direction thereon, and caused the mail to be delivered to 2160 New Clinton Road, Macon, Georgia, for the purpose of executing and in order to effect the scheme and artifice to defraud, and to defraud the United States Government, and C.A.W.;

All in violation of Title 18 United States Code, Section 1341.

## COUNT THIRTY-TWO
## AGGRAVATED IDENTITY THEFT
## (18 U.S.C. 1028A)

41. On or about February 17, 2012, in the Middle District of Georgia, Macon Division, the Defendant, **YOLANDO BLOUNT**, did knowingly possess and use, without lawful authority, a means of identification, that is, the name, date of birth, and Social Security Number of C.A.W., during and in relation to the felony of Mail Fraud, in violation of Title 18 U.S.C. 1341, as alleged in count 31 of this Indictment,

All in violation of Title 18 United States Code, Section 1028A.

## COUNT THIRTY-THREE
## ACCESS DEVICE FRAUD
## (18 U.S.C. 1029(a)(3))

42. The factual allegations contained in Paragraphs 1 through 41 of this indictment are re-alleged and incorporated herein.

43. On or about June 19, 2012, in the Middle District of Georgia, at 2160 New Clinton Road, Macon, Georgia, Defendant **YOLANDO BLOUNT,** knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, namely, approximately 65 prepaid debit cards, and such possession of unauthorized access devices affected interstate commerce,

All in violation of Title 18 United States Code, Section 1029(a)(3).

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature]*
GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15th day of May, AD 2013.

*[signature]*
Deputy Clerk